## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James D. Schneller,                              :
                 Appellant           :
                                   :
                v.                           :
                                   :
Clerk of Orphans' Court of                 :
Chester County, Orphans                    :
Court Division of the Chester              :
County Court of Common Pleas,        :
Chester County Register of Wills       :          No. 1901 C.D. 2014

## PER CURIAM
## O R D E R

NOW, September 9, 2015, having considered appellant's application for reconsideration, the application is denied.